IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02317-BNB

ADAM ISLER,

    Plaintiff,

v.

ALICIA VINYARD, Individually and in her official capacity as Mid Level Provider at FCI Florence,
DR. DAVID ALLRED, Individually and in his official capacity as former Clinical Director at FCI Florence,
LISA MCDERMOTT, Individually and in her official capacity as former AHSA at FCI Florence,
PETER BLUDWORTH, Individually and in his official capacity as A.W. at FCI Florence,
Dr. GEORGE SANTINI, Individually and in his official capacity as Staff Physician at FCI Florence,
MARK KELLAR, Individually and in his official capacity as HSA at FCI Florence before retirement,
ALYSON ALVARADO, Individually and in her official capacity as acting HSA at FCI Florence,
GILBERTA TRUJILLO, Individually and in her official capacity as Medical Secretary at FCI Florence, and
P. RANGEL, Individually and in his official capacity as A.W. at FCI Florence.

    Defendants.

---

## ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, this case is being drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 9, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge