IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02317-MSK-BNB

ADAM ISLER,

Plaintiff,

v.

ALICIA VINYARD, Individually and in her official capacity as Mid Level Provider at FCI Florence,
DR. DAVID ALLRED, Individually and in his official capacity as former Clinical Director at FCI Florence,
LISA MCDERMOTT, Individually and in her official capacity as former AHSA at FCI Florence,
PETER BLUDWORTH, Individually and in his official capacity as A.W. at FCI Florence,
Dr. GEORGE SANTINI, Individually and in his official capacity as Staff Physician at FCI Florence,
MARK KELLAR, Individually and in his official capacity as HSA at FCI Florence before retirement,
ALYSON ALVARADO, Individually and in her official capacity as acting HSA at FCI Florence,
GILBERTA TRUJILLO, Individually and in her official capacity as Medical Secretary at FCI Florence, and
P. RANGEL, Individually and in his official capacity as A.W. at FCI Florence,

Defendants.

_____

**ORDER**
_____

This matter arises on the defendants' **Motion to Vacate Order to Produce Defendant Mark Kellar's Address** [Doc. #26, fled 01/21/2014] (the "Motion"). The Motion is GRANTED.

The plaintiff filed his Prisoner Complaint on August 28, 2013 [Doc. #1] (the "Complaint"). He named Mark Kellar as a defendant and provided as Mr. Kellar's address the Federal Correctional Institution ("FCI") in Florence, Colorado. On October 15, 2013, the

Clerk's Office mailed a copy of the Summons and Complaint and a request for waiver of service [Doc. #9] to the Federal Bureau of Prisons Colorado Consolidated Legal Center.  On October 28, 2013, Kara Lundy waived service for several defendants [Doc. #14].  Ms. Lundy did not waive service for Mr. Kellar.  Ms. Lundy explained that Mr. Kellar is no longer employed with the Bureau of Prisons.  Because Ms. Lundy did not provide a last known address for defendant Kellar, I ordered the defendants to file under Restriction Level 3 the last known address of Mr. Kellar or, in the alternative, a notification that they do not possess any address for him.  The defendants state that the Bureau of Prisons has accepted service on behalf of Mr. Kellar, and they move to vacate my order requiring them to file his address under restriction.  Mr. Kellar has not filed a response to the Complaint, however.  Accordingly,

IT IS ORDERED:

(1)   The defendants' Motion to Vacate Order to Produce Defendant Mark Kellar's Address [Doc. #26] is GRANTED; and

(2)   Defendant Kellar shall answer or otherwise respond to the Complaint on or before **February 3, 2014**.

Dated January 24, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge